# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ADAEZE NWOSU

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Nwosu v. Brookfield Corporation et al

(List the full name(s) of the defendant(s)/respondent(s).)

1:24  CV 07650  (LTS  )(     )

## NOTICE OF APPEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 30, 2024

Notice is hereby given that the following parties:  Adaeze Nwosu, plaintiff

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☐ order    entered on:  10/15/2024

(date that judgment or order was entered on docket)

that:    TRANSFER ORDER : The Court directs the Clerk of Court to transfer this action to the United States District Court for the Southern District of Texas. See 28 U.S.C. § 1404(a). The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

29 October 2024

Dated

Nwosu, Adaeze, I

Name (Last, First, MI)

Signature*

1802 Vernon Street, Washington, DC, 20009

Address                    City                    State                    Zip Code

2028554226

Telephone Number

ireoma@gmail.com

E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13