# MANDATE

S.D.N.Y. – N.Y.C.
24-cv-7650
Swain, C.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand twenty-five.

Present:
    Reena Raggi,
    Raymond J. Lohier, Jr.,
    Susan L. Carney,
        *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 01, 2025
```

Adaeze Nwosu,

        *Plaintiff-Appellant*,

v.                                                                                                          24-2893

Brookfield Corporation, et al.,

        *Defendants-Appellees*,

John Doe/ LLC/ Inc. etc.,

        *Defendant*.

Appellant, pro se, moves for in forma pauperis status and summary reversal. This Court has determined sua sponte that it lacks jurisdiction over this appeal because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Fort Knox Music Inc. v. Baptiste*, 257 F.3d 108, 112 (2d Cir. 2001) ("An order transferring venue pursuant to [28 U.S.C.] § 1404(a) is not a final judgment; rather it is an interlocutory order that is not immediately reviewable by appeal."). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED and Appellant's motions are DENIED as moot.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

MANDATE ISSUED ON 07/01/2025